**No. 53344.**—Bridgetts & Co., Inc., et al. *v.* United States, protests 147014–K, etc. (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 28, 1949

**No. 53345.**—Irving Malino *v.* United States, protest 147074–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 53346.**—L. Bamberger & Co. et al. *v.* United States, protest 951539–G, etc. (New York).

Opinion by LAWRENCE, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, JUNE 28, 1949

**No. 53347.**—Wm. Zakon & Sons, Inc., et al. *v.* United States, protests 109130–K etc. (Boston).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53348.**—Denebeim Distilling Co. *v.* United States, protests 110050–K, etc. (St. Louis).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53349.**—Schenley Import Corp. et al. *v.* United States, protests 143090–K, etc. (New York).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.